**CAROL W. WU**
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
**Trustee in Bankruptcy**



FILED

MAY 2 3 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Jose

| In re: | Case No. 04-50747 |
|---|---|
| **EKO REPRODUCTIONS INC** | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $7,185.23. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | Pitman Company 1930 W. Printers Row Salt Lake City, Utah 84119 | 45,020.47 | 6,093.96 |
| 11 | K. Hogan Company 10070 Imperial Avenue Cupertino, CA 95014 | 6,650.00 | 900.14 |
| 13 | American Business Equipment 188 Martinvale Lane San Jose, CA 95119 | 1,412.00 | 191.13 |
| | Total Unclaimed Dividends: | | $7,185.23 |

Dated: May 20, 2011

CAROL W. WU, TRUSTEE