CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy


FILED
MAY 23 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Jose

In re:

**EKO REPRODUCTIONS INC**

Debtor(s)

Case No. **04-50747**

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $7,185.23. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | Pitman Company<br>1930 W. Printers Row<br>Salt Lake City, Utah 84119 | 45,020.47 | 6,093.96 |
| 11 | K. Hogan Company<br>10070 Imperial Avenue<br>Cupertino, CA 95014 | 6,650.00 | 900.14 |
| 13 | American Business Equipment<br>188 Martinvale Lane<br>San Jose, CA 95119 | 1,412.00 | 191.13 |

Total Unclaimed Dividends: $7,185.23

Dated: May 20, 2011

CAROL W. WU, TRUSTEE

Case: 04-50747   Doc# 160   Filed: 05/23/11   Entered: 05/26/11 16:15:00   Page 1 of 1